■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Also Known as SEGUNDO GORDILLO, Appellant. [812 NYS2d 930]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Suffolk County (Doyle, J.), both imposed March 16, 2005, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Florio, J.P., Crane, Luciano and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIR D. SALAZAR, Appellant. [812 NYS2d 930]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Gazzillo, J.), imposed July 23, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Miller, J.P., Ritter, Mastro and Lifson, JJ., concur.